| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BINGDA WANG,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALES, Director of United States Citizenship and Immigration Services; ROBERT S. MUELLER, III; CHRISTINA POULOS, Director of the California Service Center; et al.,<br><br>        Defendants. | No. C 08-1649 PJH<br><br>**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this action is limited to plaintiff's request that this Court compel defendants to adjudicate the application for naturalization. Given the substance of the action and the lack of any potential

1  middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court
2  resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed
3  from the ADR Multi-Option Program and that they be excused from participating in the ADR
4  phone conference and any further formal ADR process.

Date: June 20, 2008                           Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

                                              /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

                                              /s/
Date: June 19, 2008                           SHAH PEERALLY
ERICH KEEFE
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 6/24/08
                                              PHYLLIS J. HAMILTON
                                              United States



IT IS SO ORDERED
Judge Phyllis J. Hamilton

Parties' Request to be Exempt from ADR
C08-1649 PJH                                  2