UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BINGDA WANG,

    Plaintiff(s),

v.

MICHAEL MUKASEY, et al.,

    Defendant(s).
_____/

No. C 08-1649 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PURPOSES AND VACATING CASE MANAGEMENT CONFERENCE**

Pursuant to the request of the parties, the July 3, 2008 case management conference is VACATED, and the court adopts the briefing schedule set forth in the joint case management statement.

Further, pursuant to Local Rule 72-1 and the consent of the parties set forth in the joint case management statement, this matter is referred for random assignment of a Magistrate Judge for all purposes including trial, if necessary, and entry of judgment.

The parties will be advised of the date, time and place of the next appearance by notice from the assigned magistrate judge.

IT IS SO ORDERED.

Dated: June 27, 2008

                                              _____
                                              PHYLLIS J. HAMILTON
                                              United States District Judge

cc: Wings, Assigned M/J