JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BINGDA WANG, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALES, Director of United States Citizenship and Immigration Services; ROBERT S. MUELLER, III; CHRISTINA POULOS, Director of the California Service Center; et al., <br><br> Defendants. | No. C 08-1649 JL <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-entitled action in light of the fact that the United States Citizenship and Immigration Services (USCIS) has conducted an interview of the plaintiff on his application for naturalization.

Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS
C08-1649 JL                                                1

Dated: August 11, 2008                    /s/
                                          ERICH KEEFE
                                          Attorney for Plaintiff

Dated: August 11, 2008                    /s/
                                          EDWARD A. OLSEN
                                          Assistant United States Attorney
                                          Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 8-12, 2008                         _____
                                          JAMES LARSON
                                          United States Magistrate Judge